**No. 43258.**—Protests 977271–G, etc., of Mitsubishi Shoji Kaisha, Ltd. (New York).

Opinion by BROWN, J. On the record presented the protests were overruled.

**No. 43259.**—Protests 9013–K, etc., of L. Greenberg & Son, Inc., et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) squawker balloons similar to those the subject of Abstract 40493 at 45 percent under paragraph 409; (2) siren whistles and horns at 45 percent under paragraph 397, Abstracts 39948 and 40480 followed; and (3) so-called cigarette whistles, noisemakers, or novelties in part of bamboo, similar to those the subject of Abstract 39509, at 45 percent paragraph 409.

**No. 43260.**—Protest 946855–G of Dan Brechner & Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of kazoos similar to those involved in Abstract 32264. The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 43261.**—Protest 933256–G of New York Merchandise Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Wolf* (26 C. C. P. A. 243, C. A. D. 23) the microscope sets in question were held dutiable at 45 percent under paragraph 228 (b) as claimed.

**No. 43262.**—Protest 10882–K of Continental Merchandise Corp. (New York).

Opinion by TILSON, J. It was stipulated that certain items consist of opera glasses similar to those involved in *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74). The claim at 35 percent under paragraph 228 (b) and the French Trade Agreement was therefore sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 23, 1940

**No. 43263.**—Protests 383814–G, etc., of Central Madeira Corp. (New York).

Opinion by TILSON, J. It was stipulated that certain items consist of Alençon lace similar to that involved in *United States* v. *Caesar* (18 C. C. P. A. 106, T. D. 44067). The claim at 75 percent under paragraph 1430 was therefore sustained.